UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| Nan Morgan McCartney, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 3:23-cv-7038 |
| ) | L.T. Case No. 2023 CA 000263 |
| v. ) | |
| ) | **Defendants' Notice of Consent to** |
| Myers Industries, Inc.; Scepter US ) | **Removal** |
| Holding Company; Scepter ) | |
| Manufacturing, LLC; Scepter Canada ) | |
| Inc.; Walmart Inc.; and Wal-Mart ) | |
| Stores East, LP, ) | |
| ) | |
| *Defendants*. | |

## APPEARANCE OF COUNSEL

To: Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Walmart Inc. and Wal-Mart Stores East, LP.

Dated: April 4, 2023

Respectfully submitted,

/s/ *[signature]*

Tricia Payne
Florida Bar No.: 059196
QUINTAIROS, PRIETO, WOOD & BOYER,
114 East Gregory Street, 2nd Floor
Pensacola, FL 32504
(850) 434-6490 Telephone
(850) 434-6491 Facsimile
E-Mail: tricia.payne@qpwblaw.com
*Counsel for Walmart Inc. and Wal-Mart Stores East, LP*

Certificate of Service

I hereby certify that on April 4th, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF:

Rachael R. Gilmer
LEVIN PAPANTONIO RAFFERTY PROCTOR
BUCHANAN O'BRIEN BARR MOUGEY, P.A.
316 South Baylen Street
Pensacola, FL 32502
rgilmer@levinlaw.com
*Counsel for Plaintiff*

Charles F. Beall, Jr.
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
P.O. Box 13290 (32591-3290)
cbeall@mhw-law.com
tstokes@mhw-law.com
*Counsel for Defendants Myers Industries, Inc., Scepter US Holding Company, Scepter Manufacturing, LLC, and Scepter Canada Inc.*

/s/ [signature]
Tricia Payne