UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| Nan Morgan McCartney, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 3:23-cv-7038 |
| | ) | L.T. Case No. 2023 CA 000263 |
| v. | ) | |
| | ) | **Defendants' Notice of Consent to Removal** |
| Myers Industries, Inc.; Scepter US Holding Company; Scepter Manufacturing, LLC; Scepter Canada Inc.; Walmart Inc.; and Wal-Mart Stores East, LP, | ) ) ) ) ) ) ) | |
| *Defendants*. | | |

## Walmart's Notice of Consent to Removal

In accordance with FRCP 1446(b)(2)(A), Defendants Walmart Inc. and Wal-Mart Stores East, LP each expressly, officially, and unambiguously consent to removal of this case. The federal courts have jurisdiction pursuant to 28 U.S.C. § 1332.

**{INTENTIONALLY LEFT BLANK}**

Dated: April 4, 2023

Respectfully submitted,

/s/ Tricia Payne

Tricia Payne
Florida Bar No.: 059196
QUINTAIROS, PRIETO, WOOD & BOYER,
114 East Gregory Street, 2nd Floor
Pensacola, FL 32504
(850) 434-6490 Telephone
(850) 434-6491 Facsimile
E-Mail:  tricia.payne@qpwblaw.com

Neal S. Manne (*pro hac vice* forthcoming)
Katie Sammons (*pro hac vice* forthcoming)
Weston O'Black (*pro hac vice* forthcoming)
Adam Carlis (*pro hac vice* forthcoming)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
ksammons@susmangodfrey.com
woblack@susmangodfrey.com
acarlis@susmangodfrey.com
*Counsel for Walmart Inc. and Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 4th day of April, 2023, I electronically filed the foregoing document with the Clerk of Court via CM/ECF; which will, in turn, send notification and copy of same to Plaintiff's counselRachael R. Gilmer at rgilmer@levinlaw.com and Charles F. Beall, Jr. at cbeall@mhw-law.com and tstokes@mhw-law.com

/s/ Tricia H. Payne
Tricia H. Payne
Florida Bar No.: 059196
Quintairos, Prieto, Wood & Boyer, P.A.
114 East Gregory Street, 2nd Floor
Pensacola, FL 32502
Telephone: (850) 434-6490
Facsimile: (850) 434-6491
tricia.payne@qpwblaw.com
Attorneys for Defendant Wal-Mart