UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAN MORGAN McCARTNEY,

    Plaintiff,

v.                                            Case No.: 3:23-cv-7038-TKW-ZCB

MYERS INDUSTRIES, INC.;
SCEPTER US HOLDING COMPANY;
SCEPTER MANUFACTURING, LLC;
SCEPTER CANADA INC.;
WALMART INC.; and
WAL-MART STORES EAST, LP,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

    Defendants, Myers Industries, Inc., Scepter US Holding Company, Scepter Manufacturing, LLC, and Scepter Canada Inc. ("the Scepter Defendants"), by and through their undersigned counsel, respectfully request that the Court grant them an enlargement of time of twenty-one (21) days, through April 26, 2023, to respond to the complaint. In support of this motion, the Scepter Defendants state:

    1.    The Scepter Defendants removed this case from state court on March 29, 2023, before answering or otherwise responding to the complaint. Thus, their deadline to "answer or present other defenses or objections" to the Complaint is

1

currently April 5, 2023—7 days after the filing of the notice of removal. *See* Fed. R. Civ. P. 84(c)(2)(C).

2. Because of the nature of the case and the number of allegations asserted in the complaint, the Scepter Defendants need additional time to formulate an appropriate response to the Complaint.

3. In addition, the undersigned currently has two answer briefs due in the First District Court of Appeal and an answer brief due in the Florida Supreme Court during the month of April.

4. Accordingly, the Scepter Defendants request an additional 21 days to provide them with sufficient time to prepare a response (or responses) to the Complaint.

5. Pursuant to N.D. Fla. Loc. R. 7.1B, the undersigned conferred with counsel for the Plaintiff regarding this enlargement, and counsel for the Plaintiff consented to the requested enlargement.

WHEREFORE, the Scepter Defendants respectfully request that the Court grant them an enlargement of time of twenty-one (21) days, through April 26, 2023, to respond to the Complaint.

Dated this 4th day of April, 2023.

Respectfully submitted,

*/s/ Charles F. Beall, Jr.*
CHARLES F. BEALL, JR.
Florida Bar No. 66494
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
P.O. Box 13290 (32591-3290)
Pensacola, Florida 32502
*cbeall@mhw-law.com*
*tstokes@mhw-law.com*
Telephone: (850) 434-3541
Telefax: (850) 435-7899

*Counsel for Defendants, Myers Industries, Inc., Scepter US Holding Company, Scepter Manufacturing, LLC, and Scepter Canada Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2023, I caused a copy of the foregoing to be filed through the Court's CM/ECF system and that I caused a copy to be served on all counsel of record, specifically including:

| *Counsel for Plaintiff* | *Counsel for Wal-Mart Defendants* |
|---|---|
| Rachael R. Gilmer, Esquire | Tricia Payne |
| LEVIN PAPANTONIO | QUINTAIROS, PRIETO, WOOD & BOYER |
| 316 South Baylen Street | 114 East Gregory St., 2nd Floor |
| Pensacola, FL 32502 | Pensacola, FL 32504 |
| *rgilmer@levinlaw.com* | *tricia.payne@qpwblaw.com* |

/s/ *Charles F. Beall, Jr.*
CHARLES F. BEALL, JR.
*Counsel for Defendants, Myers Industries, Inc., Scepter US Holding Company, Scepter Manufacturing, LLC, and Scepter Canada Inc.*