UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAN MORGAN McCARTNEY,

    Plaintiff,

v.                              Case No. 3:23cv7038-TKW-ZCB

MYERS INDUSTRIES, INC. et al.,

    Defendants.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of the unopposed motion for extension of time filed by Defendants Walmart, Inc. and Wal-Mart Stores East, LP ("Walmart") (Doc. 7), it is

**ORDERED** that the motion is **GRANTED**, and Walmart shall have until April 26, 2023, to answer or otherwise respond to the complaint.

**DONE and ORDERED** this 6th day of April, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**