# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DEVISION

| | |
|---|---|
| NAN MORGAN McCARTNEY, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:23-cv-07038-TKW-ZCB |
| | ) |
| MYERS INDUSTRIES, INC.; | ) |
| SCEPTER US HOLDING COMPANY; | ) |
| SCEPTER MANUFACTURING, LLC; | ) |
| SCEPTER CANADAINC.; | ) |
| WALMART INC.;and | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Comes now William Reeves (Rip) Andrews, and moves this Honorable Court pursuant to Local Rule 11.1(C), for leave to appear pro hac vice to represent the plaintiff, Nan Morgan McCartney, in the above-styled case. In support of this motion, movant states as follows:

1. The movant resides in Mountain Brook, Alabama and is a member in good standing of the Alabama State Bar since 2007. A certificate of good standing from the Supreme Court of Alabama dated within 30 days of the filing of this motion is attached hereto as Exhibit A.

2. The movant regularly practices law in the State of Alabama, and his law office is in the State of Alabama.

3. The movant is also admitted to practice in the State of Georgia and is in good standing in the following additional courts: the Eleventh Circuit Court of Appeals, the U.S. District Courts for the Northern, Middle, and Southern Districts of Alabama.

4. The movant is presently not subject to any disbarment, suspension, or disciplinary proceeding in any court or jurisdiction. The movant has never been subject to any disbarment, suspension, or disciplinary proceedings in any court or jurisdiction. The movant never has had any certificate or privilege to appear and practice before any court or administrative body suspended or revoked. The movant has never terminated or attempted to terminate his office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings, either by resignation, withdrawal, or otherwise.

5. Local counsel of record associated with the movant is Rachael Gilmer Esq. (Fla. Bar No. 887331), of the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A.; 316 South Baylen Street; Suite 600; Pensacola, Florida 32502; (850)435-7163.

6. The movant certifies that he is familiar with the CM/ECF e-filing system, and that he has reviewed the online CM/ECF Attorney User Guide and the local rules of court. The movant has successfully completed the Attorney Admission Tutorial (confirmation number FLND16215367624439).

7. The movant agrees to comply with the provisions of the Rules of Professional Conduct that are part of the rules regulating the Florida Bar. The movant consents to the jurisdiction of the courts and the disciplinary boards of the State of Florida.

8. The movant has paid the pro hac vice fee.

9. The movant will maintain an upgraded PACER "NextGen" account.

WHEREFORE, William Rip Andrews respectfully requests that this Court enter an Order granting his Motion to Appear *pro hac vice* on behalf of Plaintiff, Nan Morgan McCartney.

*/s/ William "Rip" Andrews*
Wm. Rip Andrews
Ala. State Bar No. 8868L52A
MARSH | RICKARD | BRYAN
800 Shades Creek Parkway; Suite 600-D
Birmingham, Alabama 35209
(205)879-1981 phone
(205)879-1986 fax
ripandrews@mrblaw.com

**Certificate of Filing and Service**

On April 11, 2023, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ William "Rip" Andrews*
Wm. Rip Andrews

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that William Reeves Andrews has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that William Reeves Andrews was admitted to the Alabama State Bar September 28, 2007.

I further certify that the said William Reeves Andrews is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2023.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 3rd day of April, 2023.

*Terri B. Lovell, Secretary*



P: 334-269-1515          F: 334-261-6310          ALABAR.ORG