UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DISTRICT

NAN MORGAN McCARTNEY

Plaintiff,

CASE NO.: 3:23-cv-7038
L.T. Case NO.: 2023 CA 000263

v.

MYERS INDUSTRIES, INC.;
SCEPTER US HOLDING COMPANY;
SCEPTER MANUFACTURING, LLC;
SCEPTER CANADA INC.;
WALMART INC.; and
WAL-MART STORES EAST, LP

Defendants.
_____/

## AMENDED NOTICE OF APPEARANCE

Cindy Duque Bonilla, Esq., Catherine T. Moussa, Esq. and the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, hereby file this, their Notice of Appearance as co-counsel on behalf of the Defendants, MYERS INDUSTRIES, INC., SCEPTER US HOLDING COMPANY, SCEPTER MANUFACTURING, LLC and SCEPTER CANADA, INC. in the above-styled matter.

Pursuant to the Federal Rule of Civil Procedure the undersigned, as co-counsel for the Defendants hereby designate the following email addresses for service in this case.

Cindy Duque Bonilla, Esq.
Catherine T. Moussa, Esq.
WEINBERG WHEELER HUDGINS, GUNN & DIAL
255 South Orange Avenue, Suite 1260
Orlando, FL 32801
(P) 407.734.7000

**Primary:**

cbonilla@wwhgd.com
cmoussa@wwhgd.com

**Secondary:**

karmstrong@wwhgd.com
jmackdanz@wwhgd.com
njordahl@wwhgd.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on April 12th, 2023, we electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of Florida, by using the CM/ECF system. We certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/   Catherine T. Moussa*
Cindy Duque Bonilla (FBN 0576697)
Catherine T. Moussa (FBN 1017814)
255 South Orange Ave., Suite 1260
Orlando, FL 32801
(P) 407.734.7000
Email: cbonilla@wwhgd.com
          cmoussa@wwhgd.com
*Co-Counsel for Defendants, Myers Industries, Inc., Scepter US Holding Company, Scepter Manufacturing, LLC and Scepter Canada, Inc.*

# SERVICE LIST

Rachael R. Gilmer, Esq.
LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN O'BRIEN BARR MOUGEY, P.A.
316 South Baylen Street
Pensacola, FL 32502
Email: rgilmer@levinlaw.com
*Counsel for Plaintiff*

Charles F. Beall, Jr.
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
P.O. Box 13290 (32591-3290)
Pensacola, FL 32502
Phone: (850) 434-3541
cbeall@mhw-law.com
stokes@mhw-law.com
*Counsel for Defendants*, *Myers Industries, Inc., Scepter US Holding Company, Scepter Manufacturing, LLC and Scepter Canada, Inc.*

Tricia Payne, Esq.
QUITAIROS, PRIETO, WOOD & BOYER
114 East Gregory Street, 2nd Floor
Pensacola, FL 32504
Phone: (850) 434-6490
Email: tricia.payne@qpwblaw.com
*Counsel for Walmart, Inc. and Wal-Mart Stores East, LP*