UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAN MORGAN McCARTNEY,

    Plaintiff,

v.                                       Case No. 3:23cv7038-TKW-ZCB

MYERS INDUSTRIES, INC. et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney David Ian Gordon Matthews (Doc. 21). The Court finds based on the motion and supporting documentation that Mr. Matthews meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney David Ian Gordon Matthews is authorized to appear *pro hac vice* for Defendants Myers Industries, Inc., Scepter US Holding Company, Scepter Manufacturing, LLC and Scepter Canada, Inc.

**DONE and ORDERED** this 3rd day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**