UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAN MORGAN McCARTNEY,

    Plaintiff,

v.                                          Case No. 3:23cv7038-TKW-ZCB

MYERS INDUSTRIES, INC. et al.,

    Defendants.
_____/

### ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Adam Carlis (Doc. 27). The Court finds based on the motion and supporting documentation that Mr. Carlis meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Adam Carlis is authorized to appear *pro hac vice* for Defendants Walmart, Inc. and Wal-Mart Stores East, LP.

**DONE and ORDERED** this 24th day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**