UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAN MORGAN McCARTNEY,

    Plaintiff,

v.                                      Case No. 3:23cv7038-TKW-ZCB

MYERS INDUSTRIES, INC. et al.,

    Defendants.

_____/

**ORDER**

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Richard Riley (Doc. 33). The Court finds based on the motion and supporting documentation that Mr. Riley meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Richard Riley is authorized to appear *pro hac vice* for Plaintiff.

**DONE and ORDERED** this 11th day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**